# EXHIBIT C

**Amazon Complaint for Alleged Patent Infringement of U.S. Patent No. 11,930,789 Complaint ID: 16509328131 ASIN: B0DB9Q5GDJ Our File: P00190HHF**

 Frank Compagni

Saturday, December 28, 2024 at 12:49 PM

To: info@devora.us;   Cc: Frank Compagni

📄 P00190HHF - De,Vor...
231.8 KB

Download • Preview

Dear Ms. LoFranco,

We have made several attempts to send you the attached letter. Please note that we are in the process of preparing a federal complaint against you for failure to respond to our requests and the damages you have caused our client. We strongly encourage you to promptly reply to this email in order to avoid the federal complaint being filed and served against you.

Best regards,



**Frank W. Compagni**
| Registered Patent Attorney |

**MORRISS O'BRYANT COMPAGNI CANNON, PLLC**
4505 South Wasatch Blvd., Suite 270
Salt Lake City, Utah 84124
United States of America

Phone:  801-478-0071  |  Fax:  801-478-0076
fcompagni@mocclaw.com  |  www.mocclaw.com

  

*CONFIDENTIALITY NOTICE: The information in this e-mail and any attachments are privileged and confidential and are intended for the addressee(s) only. Reading, copying, disclosure or use by anyone else is STRICTLY PROHIBITED. If you are not the intended recipient, please advise the sender by return e-mail and delete this message and any attachments without reading or saving them in any manner.*