# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JOHN M. DOMURAD**<br>Clerk<br><br>**DANIEL R. MCALLISTER**<br>Chief Deputy | James T. Foley, U.S. Courthouse<br>445 Broadway, Room 509<br>Albany, New York 12207-2936<br>(518) 257-1800 |

February 12, 2025

Frank W. Compagni, Esq.
Morriss O'Bryant Compagni Cannon, PLLC
4505 S. Wasatch Blvd., Ste 270
Salt Lake City, Utah 84124

RE: HHF Collective, LLC vs. Devora Enterprise L.L.C. d/b/a De'Vora
NYND CASE NO. 1:25-CV-0200 (MAD/ML)

Dear Sir or Madam:

Please be advised that the above case was filed February 10, 2025, in the Northern District of New York.  You are directed to advise this Court in writing, **within fourteen (14) days** from the date of this Notice, if you will remain as counsel of record, and if so, your formal admission is required.

As of January 16, 2018, the Northern District of New York became a NextGen Court.  This means all attorneys MUST have an individual PACER account, and request admission via PACER.  If you will be seeking Permanent Admission, instructions can be found on our website at: http://www.nynd.uscourts.gov/sites/nynd/files/Permanent_Admission_Instructions.pdf.  If you will be seeking Pro Hac Vice Admission, instructions can be found by using the following link: http://www.nynd.uscourts.gov/sites/nynd/files/PHV_Admission_Instructions.pdf.  Otherwise, new counsel should file a notice of appearance as soon as possible.

The parties are advised that all future filings and inquiries should be made in accordance with the Local Rules of this Court, and that all documents filed with the Court shall contain the case number listed above.

    Very Truly Yours,

    JOHN M. DOMURAD, CLERK


    By: s/ Helen M. Reese,
        Case Processing Specialist

cc: Thomas L. Sica, Esq. (via CM/ECF)
    NDNY File