UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HHF Collective, LLC<br><br>                Plaintiff,<br><br>v.<br><br>Devora Enterprise L.L.C. d/b/a De'Vora,<br><br>                Defendants. | Civil Action No: 1:25-cv-00200-MAD-ML |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff HHF Collective, LLC hereby gives notice that the above-captioned action against Defendant Devora Enterprise L.L.C. d/b/a De'Vora, is voluntarily dismissed, without prejudice.

Dated: May 13, 2025

                                        Respectfully submitted,

                                        /s/**Thomas L. Sica**
                                        Thomas L. Sica
                                        Heslin Rothenberg Farley & Mesiti P.C.
                                        5 Columbia Circle
                                        Albany, NY 12203
                                        Telephone: 518-452-5600
                                        Email: Thomas.sica@hrfmlaw.com

                                        Attorney for Plaintiff HHF Collective LLC

```
IT IS SO ORDERED:

_____
Mae A. D'Agostino
U.S. District Judge

Dated:    May 15, 2025
       Albany, NY
```